IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Christopher Varney, | : |
|     Plaintiff, | : **Case No. 5:10-CV-1719** |
| v. | : **District Judge John R. Adams** |
| Penncro Associates, Inc., et al. | : |
|     Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Christopher Varney and Defendant, Penncro Associates, Inc., hereby jointly stipulate to the dismissal **WITH** prejudice of all Plaintiff's claims against all Defendants.

Dated, this 17th day of November, 2010.

| | |
|---|---|
| /s/ Scott C. Florin | /s/Jeffrey C. Turner (via email auth.) |
| Scott C. Florin (0080255) | Jeffrey C. Turner (0063154) |
| Luftman, Heck & Associates, LLP | Surdyk, Dowd & Turner Co., LPA |
| 580 East Rich Street | 1 Prestige Place, Suite 700 |
| Columbus, Ohio 43215 | Miamisburg, OH 45342 |
| Telephone: (614) 224-1500 | Telephone: (937)222-2333 |
| Facsimile: (614) 224-2894 | Facsimile (937)222-1970 |
| | |
| Counsel for Plaintiff, | Counsel for Defendant, |
| Christopher Varney | Penncro Associates, Inc. |