It is so Ordered.
/s/ John R. Adams
U.S. District Judge
11/18/2010

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Varney, | : | |
| Plaintiff, | : | **Case No. 5:10-CV-1719** |
| | : | |
| v. | : | **District Judge John R. Adams** |
| | : | |
| Penncro Associates, Inc., et al. | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Christopher Varney and Defendant, Penncro Associates, Inc., hereby jointly stipulate to the dismissal **WITH** prejudice of all Plaintiff's claims against all Defendants.

Dated, this 17th day of November, 2010.

/s/ Scott C. Florin
Scott C. Florin (0080255)
Luftman, Heck & Associates, LLP
580 East Rich Street
Columbus, Ohio 43215
Telephone: (614) 224-1500
Facsimile: (614) 224-2894

Counsel for Plaintiff,
Christopher Varney

/s/Jeffrey C. Turner (via email auth.)
Jeffrey C. Turner (0063154)
Surdyk, Dowd & Turner Co., LPA
1 Prestige Place, Suite 700
Miamisburg, OH 45342
Telephone: (937)222-2333
Facsimile (937)222-1970

Counsel for Defendant,
Penncro Associates, Inc.